

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-30-2007

# Santana-Gonzalez v. Atty Gen USA

Precedential or Non-Precedential: Precedential

Docket No. 06-2965

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Santana-Gonzalez v. Atty Gen USA" (2007). *2007 Decisions.* Paper 148.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/148

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 06-2965

———————

HAIDEE DE REGLA SANTANA GONZALEZ,
Petitioner

vs.

ATTORNEY GENERAL OF
THE UNTIED STATES,
Respondent

———————

On Petition for Review of an Order of
the Board of Immigration Appeals
U.S. Department of Justice
(BIA No. A97-437-427)
Immigration Judge: Daniel Meisner

———————

**ORDER AMENDING OPINION**

It appearing that the opinion filed October 22, 2007 failed to designate all counsel of record for Petitioner, the opinion is amended to correctly designate counsel of record for Petitioner as follows:

Reza Athari, Esquire
Seth L. Reszko, Esquire
Law Offices of Reza Athari
Las Vegas, Nevada,
          for Petitioner

This amendment does not change the date of filing, October 22, 2007.

For the Court,


/s/ Marcia M. Waldron
Clerk


Dated:          November 30, 2007

lwc/cc:         Reza Athari, Esq.
                Seth Reszko, Esq.
                Susan K. Houser, Esq.
                Anthony J. LaBruna Jr., Esq.